UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Antonio RAMIREZ-Garcia<br><br>Defendant. | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(iv)-Inducing and Encouraging Illegal Aliens To Enter the United States |

The undersigned complainant being duly sworn states:

On or about **April 6, 2008**, within the Southern District of California, defendant **Antonio RAMIREZ-Garcia**, did encourage and induce an alien, namely **Angelica LOPEZ-Alcaraz** with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of the law: in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 7th DAY OF **APRIL, 2008**.

UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Angelica LOPEZ-Alcaraz** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 6, 2008 at about 3:25 AM, **Antonio RAMIREZ-Garcia (Defendant)** attempted to enter the United States from Mexico at the San Ysidro, California Port of Entry. Defendant was the driver of a green 1999 Mazda Sedan and was in the company of one female and one male passenger. Defendant presented a Permanent Resident Card (I-551) bearing the name Alejandro LEON-Jaramillo to the CBP Officer. Defendant also presented two other Permanent Resident cards on behalf of the two passengers. Defendant also gave two negative customs declarations. The CBP Officer received a computer generated referral and escorted the vehicle and its occupants to secondary for further inspection.

In secondary, CBP Officers determined all three occupants were imposters to the documents presented. All three occupants were determined to be citizens of Mexico without legal documents to enter the United States. One of the passengers is now identified as **Angelica LOPEZ-Alcaraz (Material Witness)**.

Defendant was advised of his Miranda rights and elected to make a statement without the benefit of counsel. Defendant admitted he is a citizen of Mexico without legal documents to enter the United States. Defendant admitted he had knowledge that the two passengers were undocumented aliens. Defendant admitted he coached and quizzed the passengers about the information on the documents provided. Defendant stated that he was to receive $250.00 USD to transport the two passengers. Defendant stated that he is aware that it is illegal to enter the United States without proper documentation and to smuggle undocumented aliens into the United States.

During a separate interview, Material Witness admitted she is a citizen of Mexico without legal documentation to enter the United States. Material Witness stated that she made arrangements with an unknown person to be smuggled into the United States for $4,000.00 USD. Material Witness stated Defendant picked her up at her husband friend's house in Tijuana, Mexico and that a "friend" provided her with a Permanent Resident Card. Material Witness stated that she intended to go to San Diego, California to be reunited with her husband.