# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff )     CRIMINAL NO. _O8 mj 1066_
)
)                    ORDER
vs. )
)     RELEASING MATERIAL WITNESS
Antonio Ramirez - Garcia )
)
)     Booking No.
)
Defendant(s) )
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Angelica Lopez - Alcaroz

DATED: _4/15/08_

RUBEN B. BROOKS

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082